UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:26 CR 18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| BRIAN KEITH THOMAS, JR. | ) | |

The United States Attorney charges that:

At all times relevant to this Criminal Information:

## BACKGROUND

1.      The North Carolina Division of Motor Vehicles (NCDMV) was an agency of the government of the State of North Carolina.  The NCDMV is the division of the North Carolina Department of Transportation that oversees driver licenses and vehicle registrations within the state of North Carolina.

2.      A Certificate of Title is a legal document that proves ownership of a vehicle issued by the state where the vehicle is registered.

3.      A Manufacturer's Certificate of Origin ("MCO") is a document issued by the vehicle manufacturer that confirms the origin and specifications of a new vehicle, essential for initial registration and titling.

4.      To register a vehicle in North Carolina and obtain a certificate of title for a vehicle purchased from a dealer,  a Title Application and a Bill of Sale are required.

5. NCDMV collects various fees to register and title a vehicle in North Carolina. NCDMV employs a third party processor, First Data, located in Atlanta, Georgia, to process all NCDMV payments.

## THE CHARGE

6. Paragraphs 1 through 5 are re-alleged and incorporated herein as though fully set forth in this count.

7. Beginning in or around May, 2024, and continuing to August, 2024, both dates being approximate and inclusive, in the Eastern District of North Carolina and elsewhere, the defendant BRIAN KEITH THOMAS, JR. (hereinafter, "THOMAS") did knowingly and willfully combine, conspire, confederate, and agree with one or more persons to commit Wire Fraud, that is to knowingly devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, for which one or more conspirators transmitted and caused to be transmitted by means of wire communications in interstate commerce certain writings, signs, signals, pictures, and sounds, for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE CONSPIRACY

8. The primary purpose of the conspiracy and the scheme and artifice was for the defendant, THOMAS, and his co-conspirators, to enrich themselves through the use of fraudulent MCO's and Bills of Sales for vehicles.

## MANNER AND MEANS

9.     To carry out the scheme, it was part of the conspiracy that from May 13, 2024, and continuing until at least August 19, 2024, both dates being approximate and inclusive, THOMAS and his co-conspirators submitted and caused to be submitted title applications with materially false and fraudulent documents including MCOs and Bills of Sale.

### Overt Acts

In furtherance of the conspiracy, and to achieve the unlawful objects thereof, the following overt acts, among others, were committed in the Eastern District of North Carolina and elsewhere:

10.    On or about June 25, 2024, THOMAS visited the NCDMV License Plate Agency located in Whiteville, North Carolina and submitted a NCDMV Title Application with materially false supporting documentation to obtain an instant title for a 2024 Mitsubishi Outlander, identified as Vehicle Identification Number (VIN) JA4ARUAU0RU002236.

11.    On or about June 26, 2024, THOMAS sold a 2024 Kia Sportage, identified as VIN 5XYK6CDF2RG171749 to DEALERSHIP 1 for approximately $19,500.

12.    On or about June 25, 2024, THOMAS visited the NCDMV License Plate Agency located in Whiteville, North Carolina and submitted a NCDMV Title

Application with materially false supporting documentation to obtain an instant title for a 2021 Mercedes Sprinter, identified as VIN W1W4EBHY2MT063974.

13. On or about July 1, 2024, THOMAS sold a 2021 Mercedes Sprinter, identified as VIN W1W4EBHY2MT063974 to DEALERSHIP 1 for approximately $20,000.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE NOTICE

Notice is hereby given that all right, title, and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of, or conspiracy to violate, Section(s) 215, 656, 657, 1006, 1007, 1014, 1341, 1343, or 1344 of Title 18 of the United States Code affecting a financial institution, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the said violation.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property described above.

W. ELLIS BOYLE
United States Attorney

_____

BY: ETHAN A. ONTJES
Assistant United States Attorney

Date: ___03/22/2026___